IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA ANN POWERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-3608 |
| | § | |
| TEXAS PROPERTY AND CASUALTY | § | |
| INSURANCE GUARANTY ASSOCIATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Consistent with this court's Memorandum and Order issued today, Powers's claims against Texas Property and Casualty Insurance Guaranty Association are dismissed.

SIGNED on January 19, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge